United States District Court
Southern District of Texas
**ENTERED**
March 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BENITE PRUSS MIDY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:26-CV-01370** |
| | § | |
| **PAMELA BONDI**, *et al.*, | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

## ORDER

On March 17, the Court granted Petitioner Benite Pruss Midy's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered that Ms. Midy be released from custody within 48 hours "under the conditions, if any, of her previous release on humanitarian parole." ECF No. 8 at 7. On March 19, Respondents submitted an advisory informing the Court that Petitioner had been released from custody and attaching Petitioner's release documents. ECF No. 9. These documents indicate that Petitioner was released on an Order of Release on Recognizance (ORR) under certain conditions. These conditions include that Petitioner register in a sexual deviancy counseling program within fourteen days, register in a substance abuse program within fourteen days, and register as a sex offender "if applicable." ECF 9-1 at 6. Indeed, every box on the ORR addendum form is checked.

There has been no previous indication that Petitioner's previous release on humanitarian parole required her to enroll in substance use treatment or sexual deviancy counseling, or that such requirements have any basis in Petitioner's individual circumstances. As far as the Court is aware, Petitioner has no criminal history.

1 / 2

Therefore, the Court requires Respondents to submit an advisory by **March 23, 2026**, informing the Court of whether the aforementioned conditions were included in Petitioner's prior release on humanitarian parole. If Petitioner was not previously released on these conditions, the Court **ORDERS** that any conditions to which Petitioner was not previously subject when release under humanitarian parole be **VACATED**, in light with this Court's previous order.

**IT IS SO ORDERED.**

Signed at Houston, Texas on March 19, 2026.

Keith P. Ellison
United States District Judge